Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Ioana Nedelcu
Debtor

Case No.: 23−12065−MBK
Chapter 7

Karen E. Bezner
Plaintiff

v.

Victor Goldberg
Defendant

Adv. Proc. No. 23−01308−MBK        Judge: Michael B. Kaplan

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 23, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 8
ORDER DIRECTING ACCESS TO PROPERTY (PROOF HEARING for: (related document:7 Request to Enter Default Judgment Against Victor Goldberg filed by Karen E. Bezner on behalf of Karen E. Bezner. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Plaintiff Karen E. Bezner). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant. Hearing scheduled for 1/22/2024 at 11:00 AM at MBK − Courtroom 8, Trenton. (wiq)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/23/2024. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 23, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

Bezner,
    Plaintiff

Goldberg,
    Defendant

Adv. Proc. No. 23-01308-MBK

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1
Date Rcvd: Jan 23, 2024      Form ID: orderntc      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Karen E. Bezner, 567 Park Avenue, Suite 103, Scotch Plains, NJ 07076-1754 |
| dft | + | Victor Goldberg, 40 Essex Rd, Maplewood, NJ 07040-2338 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

**Name**      **Email Address**

Karen E. Bezner
     on behalf of Plaintiff Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

TOTAL: 1